MATT O'MALLEY (SBN 272802)
PATRICK MCDONOUGH (SBN 288285)
San Diego Coastkeeper
2825 Dewey Rd # 207
San Diego, CA 92106
Ph: 619-758-7743
Email: matt@sdcoastkeeper.org

COAST LAW GROUP, LLP
MARCO A. GONZALEZ (SBN 190832)
LIVIA BORAK BEAUDIN (SBN 259434)
1140 South Coast Highway 101
Encinitas, CA 92024
Ph: (760) 942-8505
Fx: (760) 942-8515
Email: marco@coastlawgroup.com
Attorneys for Plaintiffs

SAN DIEGO COASTKEEPER, and COASTAL ENVIRONMENTAL RIGHTS FOUNDATION

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COASTAL ENVIRONMENTAL RIGHTS FOUNDATION, a non-profit corporation, <br><br> Plaintiffs, <br><br> v. <br><br> DECCO CASTINGS, INC., a California corporation, <br><br> Defendant. | Civil Case No. 3:20-cv-00523-CAB-BLM <br><br> **NOTICE OF SETTLEMENT** |

**TO THE COURT AND TO THE PARTIES:**

**PLEASE TAKE NOTICE** that Plaintiffs Coastal Environmental Rights Foundation and San Diego Coastkeeper, and Defendant Decco Castings, Inc. ("the Parties") have reached a settlement whose specific terms are set forth in a proposed Consent Decree, which is attached to this Notice and filed herewith as Exhibit "A."

On May 12, 2020, Plaintiffs mailed copies of the proposed Consent Decree via U.S. Certified Mail to the Administrator of the U.S. E.P.A, and the U.S. Attorney General, Citizen Suit Coordinator, and mailed a copy to the Regional Administrator of EPA Region IX (collectively "the Agencies").

Under the provisions of 40 C.F.R. § 135.5, the Agencies have 45 days from the date of receipt to review a proposed consent decree and to submit comments to the Court and the Parties, if any. Also, Plaintiffs are required to notify the Court upon receiving notice that the agencies have received the Parties' proposed consent decree. (*Id*).

Plaintiffs will notify the Court upon receipt of such notice. The Court may sign and enter the Consent Decree after the 45-day review period has run. (See 40 C.F.R. § 135.5). Plaintiffs will therefore submit the proposed Consent Decree to the Court for the Court's consideration upon expiration of the 45-day review period.

Should the Court require any additional information, the undersigned will be pleased to provide it upon request.

Dated: May 18, 2020

Respectfully submitted,

COAST LAW GROUP LLP

By: s/Livia B. Beaudin
LIVIA B. BEAUDIN
Attorneys for Plaintiffs
COASTAL ENVIRONMENTAL
RIGHTS FOUNDATION

2
Notice of Settlement

SAN DIEGO COASTKEEPER

By: s/Patrick J. McDonough
PATRICK J. MCDONOUGH
Attorneys for Plaintiffs
SAN DIEGO COASTKEEPER