MATT O'MALLEY (SBN 272802)
PATRICK MCDONOUGH (SBN 288285)
San Diego Coastkeeper
2825 Dewey Rd # 207
San Diego, CA 92106
Ph: 619-758-7743
Email: matt@sdcoastkeeper.org

COAST LAW GROUP, LLP
MARCO A. GONZALEZ (SBN 190832)
LIVIA BORAK BEAUDIN (SBN 259434)
1140 South Coast Highway 101
Encinitas, CA 92024
Ph: (760) 942-8505
Fx: (760) 942-8515
Email: marco@coastlawgroup.com
Attorneys for Plaintiffs
SAN DIEGO COASTKEEPER, and COASTAL ENVIRONMENTAL RIGHTS FOUNDATION

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COASTAL ENVIRONMENTAL RIGHTS FOUNDATION, a non-profit corporation,<br><br>          Plaintiffs,<br><br>     v.<br><br>DECCO CASTINGS, INC., a California corporation,<br><br>          Defendant. | Civil Case No. 3:20-cv-00523-CAB-BLM<br><br>**NOTICE AND SUBMITTAL OF FEDERAL AGENCIES' 45-DAY REVIEW PERIOD LETTER AND REQUEST FOR ENTRY OF CONSENT DECREE** |

**TO THE COURT AND TO THE PARTIES:**

**PLEASE TAKE NOTICE** that on May 18, 2020, Plaintiffs San Diego Coastkeeper and Coastal Environmental Rights Foundation notified the Court that a Proposed Consent Decree was served on the U.S. Department of Justice and the U.S. Environmental Protection Agency ("EPA") for the mandatory 45-day review period required by 40 C.F.R. § 135.5. *See* ECF Doc. No. 9. The Proposed Consent Decree was delivered to the U.S. Department of Justice Citizen Suit Coordinator, on behalf of the Attorney General, on May 12, 2020, and to the Administrator of the EPA on June 1, 2020.

On June 26, 2020, the U.S. Department of Justice served counsel of record for Plaintiffs the attached letter ("Letter") stating it has completed its review of the Proposed Consent Decree and "does not object to its entry by this Court." *See* U.S. Department of Justice letter attached hereto as Exhibit 1. The U.S. Department of Justice requested that Counsel for Plaintiffs file its Letter with this Court via ECF.

Plaintiffs are concurrently lodging the Proposed Consent Decree with the Court, in Microsoft Word format, as well as the previously filed PDF version containing all exhibits. *See* ECF. Doc. No. 9-1. Accordingly, Plaintiffs respectfully request that this Court enter the Proposed Consent Decree.

Dated:	June 30, 2020

Respectfully submitted,
COAST LAW GROUP LLP

By: s/Livia B. Beaudin
LIVIA B. BEAUDIN
Attorneys for Plaintiffs
COASTAL ENVIRONMENTAL
RIGHTS FOUNDATION
SAN DIEGO COASTKEEPER

By: s/ Matt O'Malley
MATT O'MALLEY
Attorneys for Plaintiffs
SAN DIEGO COASTKEEPER

# CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of June 2020, I caused copies of the following documents:

**NOTICE AND SUBMITTAL OF FEDERAL AGENCIES' 45-DAY REVIEW PERIOD LETTER & REQUEST FOR ENTRY OF CONSENT DECREE** to be sent to the following parties via electronic mail:

| | |
|---|---|
| S. Wayne Rosenbaum<br>The Environmental Law Group, LLP<br>Varco & Rosenbaum<br>225 Broadway, Suite 1900<br>San Diego, CA 92101<br>Phone: (619) 231-5858<br>SWR@Envirolawyer.com | Attorneys for Defendant **Decco Castings, Inc.** |
| Christine W. Ennis<br>United States Department of Justice<br>Environment and Natural Resources Division<br>Law and Policy Section<br>Ben Franklin Station<br>P.O. Box 7415<br>Washington, D.C. 20044<br>christine.ennis@usdoj.gov | Attorneys for **US Department of Justice** |

Dated: June 30, 2020         **COAST LAW GROUP, LLP**

By: s/Livia Beaudin
Livia Beaudin
Attorney for Plaintiff Coastal Environmental Rights Foundation
E-mail: livia@coastlawgroup.com